IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| FREDDIE JOE LAWRENCE, | CV 19–144–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| RAVALLI COUNTY, et al., | |
| Defendants. | |

Plaintiff Freddie Joe Lawrence moves for the admission of Peter Neufeld and Anna Benvenutti Hoffman to practice before this Court in this case with James G. Hunt to act as local counsel. Mr. Neufeld's and Miss Hoffman's applications appear to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Peter Neufeld and Anna Benvenutti Hoffman *pro hac vice* (Docs. 2, 3) are GRANTED on the condition that Mr. Neufeld and Ms. Hoffman shall do their own work. This means that Mr. Neufeld and Ms. Hoffman must do their own writing; sign their own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Neufeld and Ms. Hoffman, within fifteen (15) days of the date of this Order, each file a notice acknowledging:

(1) their respective admission under the terms set forth above;

(2) payment of the admission fee; and

(3) compliance with Montana Rule of Professional Conduct 8.5, which requires submission of certification directly to the State Bar of Montana, *see* L.R. 83.1(d)(3)(J).

DATED this 9th day of September, 2019.

_____
Donald W. Molloy, District Judge
United States District Court