IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
NOV 06 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| FREDDIE JOE LAWRENCE,<br><br>Plaintiff,<br><br>vs.<br><br>RAVALLI COUNTY, et al.,<br><br>Defendants. | CV 19–144–M–DWM<br><br><br>ORDER |

On November 4, 2019, the Clerk of Court filed an answer from Defendant Judy Stanbery in the above-captioned cause. (Doc. 18.) Stanbery appears to be representing herself in these proceedings. Local Rule 83.8 sets forth the procedures for self-represented litigants. It provides:

> **83.8 Self-Represented Litigants.**
> **(a)** Any individual acting without an attorney must appear personally and may not delegate that duty to any other person who is not a member of the bar of this court. A self-represented person is bound by the federal rules and all applicable local rules. Sanctions, including but not limited to entry of default judgment or dismissal with prejudice, may be imposed for failure to comply with local rules.
>
> **(b)** Any entity other than an individual, including but not limited to a corporation, an unincorporated association, a partnership, or a union, may appear only by an attorney.

1

**(c) Agreement with Clerk's Office.**
   (1) A self-represented litigant and the clerk's office may agree to serve each other and file documents via email. The agreement must be in writing, signed by the litigant and a deputy clerk, and filed in the record of the case. The clerk may add terms and conditions other than those in this rule and may revoke the agreement at any time.

   (2) Under the agreement:

   (A) the self-represented litigant must:

   (i) sign all filings by hand; and

   (ii) attach a certificate of service to each document emailed to the clerk for filing, listing email to the clerk as the means of service and citing the agreement;

   (B) the self-represented litigant need not serve other parties with documents emailed to the clerk for filing, because other parties will receive service via ECF when the clerk files the document; and

   (C) if the agreement so provides, the self-represented litigant will receive email service of orders and documents other parties file in ECF.

**(d) Agreement with Parties.** Instead of or in addition to an agreement under subsection (c), a self-represented litigant and one or more other parties may agree to receive and/or effect service by means other than ECF, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) or (F). Any such agreement must be in writing, signed by each party to it, and filed in the record of the case.

Judy Stanbery having been advised of Local Rule 83.8 and the

responsibilities of a self-represented litigant,

IT IS ORDERED that she shall comply with the Federal Rules of Civil

Procedure, the Local Rules of this Court, and the Clerk of Court's instructions for

pro se litigants. The Clerk of Court is directed to serve the instructions for pro se litigants along with a copy of this Order on Ms. Stanbery.

DATED this 6th day of November, 2019.

_____  14:18 P.M.
Donald W. Molloy, District Judge
United States District Court