IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
JAN 24 2020
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| FREDDIE JOE LAWRENCE,<br><br>Plaintiff,<br><br>vs.<br><br>RAVALLI COUNTY, et al.,<br><br>Defendants. | CV 19-144-M-DWM<br><br><br><br>ORDER |

The parties having filed a Joint Motion to Order Early Mediation and Continue the Preliminary Pretrial Conference and Other Deadlines and good cause appearing,

IT IS ORDERED that the motion (Doc. 31) is GRANTED. The parties shall schedule a mediation as soon as practicable with Michael J. Lilly as the mediator. Each party, or a representative of each party who has the authority to settle this matter, shall attend the mediation in person. However, as agreed by the parties, Defendant Judy Stanbery is not required to attend the mediation in person.

IT IS FURTHER ORDERED that Plaintiff shall advise the Court when the mediation is set and further advise the Court of the outcome as soon as possible after the mediation is completed.

1

IT IS FURTHER ORDERED that the preliminary pretrial conference set for March 11, 2020, and all associated deadlines are VACATED. The deadline to respond to the amended complaint is VACATED. If the mediation is unsuccessful, the Court will reset the preliminary pretrial conference, the response deadline, and all other dates.

DATED this 24th day of January, 2020.

Donald W. Molloy, District Judge
United States District Court