

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREDDIE JOE LAWRENCE, | CV 19–144–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| RAVALLI COUNTY, et al., | |
| Defendants. | |

Defendant Estate of James Chinn, having filed an unopposed motion to excuse Linda Chinn from attending the mediation scheduled for April 6, 2020,

IT IS ORDERED that the motion (Doc. 36) is GRANTED. Linda Chinn is excused from attending the mediation. Ms. Chinn shall attend the mediation by telephone whenever her involvement is requested by the mediator or otherwise needed.

DATED this 11 day of March, 2020.

Donald W. Molloy, District Judge
United States District Court